No. 18-10832

_____

## United States Court of Appeals for the Eleventh Circuit

_____

TIFFANY TAYLOR,
Plaintiff-Appellant,

v.

FRED'S, INC. and FRED'S STORES OF TENNESSEE, INC.,
Defendants-Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

---

**MONTHLY STATUS REPORT REGARDING BANKRUPTCY FILING BY FRED'S, INC. AND FRED'S STORES OF TENNESSEE, INC.**

---

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

W. PATTON HAHN
(Bar No. ASB-5894-H36W)
phahn@bakerdonelson.com
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
(205) 328-0480 – telephone
(205) 488-3846 – facsimile

KRISTINE L. ROBERTS
(EDF # 914046876)
klroberts@bakerdonelson.com
MARY WU TULLIS
(EDF #656242571)
mtullis@bakerdonelson.com
165 Madison Avenue,
First Tennessee Building, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

*ATTORNEYS FOR APPELLEES*
*FRED'S, INC. AND FRED'S STORES OF TENNESSEE, INC.*

1

Fred's, Inc., and Fred's Stores of Tennessee, Inc., by and through undersigned counsel, submit this Monthly Status Report regarding the Bankruptcy Filing by Fred's, Inc. and Fred's Stores of Tennessee, Inc., and state that on June 4, 2020, the United States Bankruptcy Court for the District of Delaware entered its Findings of Fact, Conclusions of Law, and Order Confirming the Modified Amended Joint Chapter 11 Plan for Fred's Inc. and the Debtor Affiliates Set Forth Herein [D.E. # 1162].   Appellees state that the automatic stay as applied to this appeal remains in effect.

Respectfully submitted this 15th day of April, 2026.

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

*/s/ Mary Wu Tullis*

MARY WU TULLIS
(EDF #656242571)
mtullis@bakerdonelson.com
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

***Attorneys for Defendants-Appellees Fred's, Inc. and Fred's Stores of Tennessee, Inc.***

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, I electronically filed the foregoing **MONTHLY STATUS REPORT OF BANKRUPTCY FILING BY FRED'S, INC. AND FRED'S STORES OF TENNESSEE, INC.** with the Clerk of the 11th Circuit Court of Appeals by using the CM/ECF system which will send notice to all counsel of record or via U.S. Mail:

Michael C. Bradley
Christopher T. Hellums
Jonathan S. Mann
Austin B. Whitten
2001 Park Place North, Suite 1100
Birmingham, AL 35203

Chant Yedalian
1010 N. Central Ave.
Glendale, CA 91202

Shaun P. O'Hara
1425 Wynnton Rd.
P.O. Box 5509
Columbus, GA 31906

*/s/ Mary Wu Tullis*

3